UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -v-

    JALAHNI REDDICK,
                              Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2022

1:22-mj-7331-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    A proceeding is scheduled in this matter on December 13, 2022 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: December 12, 2022
       New York, New York

                                                   GREGORY H. WOODS
                                            United States District Judge